# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Drain, Gershwin A. | U.S. Distsrict Court, Eastern District of Michigan | 05/08/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge; active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2016<br>to<br>12/31/2016 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

United States District Court
Theodore Levin United States Courthouse
231 W. Lafayette Blvd., Room 707
Detroit, MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Wayne County, Michigan Pension Payments | $14,919.12 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia School of Law | 02/19/2016 to 02/21/2016 | University of Virginia School of Law, Charlottesville, Virginia | Judging the William Minor Moot Court Competition | Flight, Hotel, Meals and Shuttle |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IIRA #1 (H) | | | | | | | | | |
| 2.  - Franklin Templeton Mutual Global Discovery Fund | A | Dividend | | | Sold | 05/20/16 | K | | |
| 3.  - American Funds Global Growth | A | Dividend | | | Sold | 05/20/16 | J | | |
| 4.  - American Funds New World | A | Dividend | | | Sold | 05/20/16 | J | | |
| 5.  - American Funds Growth Income | A | Dividend | | | Sold | 05/20/16 | K | | |
| 6.  - American Funds Growth | A | Dividend | | | Sold | 05/20/16 | K | | |
| 7.  - American Funds Asset Allocation | A | Dividend | | | Sold | 05/20/16 | K | | |
| 8.  - Franklin Income Securities NKA Franklin Income VIP Fund | A | Dividend | | | Sold | 05/20/16 | K | | |
| 9.  - AMCAP Fund Class C Am. Funds | A | Dividend | L | T | | | | | |
| 10. - Cap. Income Builder Fd./ Class C - Am. Funds | B | Dividend | L | T | | | | | |
| 11. - Cap. World Growth & Inc. Fd./ Am. Funds | A | Dividend | L | T | | | | | |
| 12. - Income Fund of Amer. Class C - Am. Funds | C | Dividend | M | T | | | | | |
| 13. - New Perspective Fund Class C - Am. Funds | A | Dividend | L | T | | | | | |
| 14. - First Trust Capital Strength | A | Dividend | | | Sold | 11/16/16 | K | | |
| 15. - First Trust Sabrient Dividend Portfolio Series | A | Dividend | | | Sold | 12/28/16 | J | | |
| 16. - First Trust Int'l. Capital Strength Portfolio | A | Dividend | | | Sold | 11/16/16 | K | | |
| 17. - American Balanced Fund/Am. Funds | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - New Economy Fund/Am. Funds | A | Dividend | K | T | | | | | |
| 19.  - Growth Fund of America/Am. Funds | A | Dividend | K | T | | | | | |
| 20.  - Hartford Floating Rate Fund | A | Dividend | K | T | | | | | |
| 21.  - Europacific Growth Fund/Am Funds | A | Dividend | K | T | | | | | |
| 22.  - First Trust Sabrient Baker's Dozen Port | A | Dividend | K | T | | | | | |
| 23.  - First Trust Election Portfolio | A | Dividend | L | T | Buy | 11/29/16 | L | | |
| 24.  IRA #2 (H) | | | | | | | | | |
| 25.  - Am. Funds Amcap Fund Class C | A | Dividend | J | T | | | | | |
| 26.  - American Funds Capital Income Builder | A | Dividend | J | T | | | | | |
| 27.  - American Funds New World Fund | A | Dividend | J | T | | | | | |
| 28.  - Am. Funds - Growth Fund of America | A | Dividend | J | T | | | | | |
| 29.  - Am. Funds - American Balance Fund | A | Dividend | J | T | | | | | |
| 30.  IRA #3 (H) | | | | | | | | | |
| 31.  - Am. Funds - Capital Income Builder | A | Dividend | J | T | | | | | |
| 32.  - Am. Funds Capital World Growth Fund | A | Dividend | J | T | | | | | |
| 33.  - Am. Funds New World Fund | A | Dividend | J | T | | | | | |
| 34.  - Am Funds The Growth Fund of America | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Am Funds Capital World Growth & Inc. | A | Dividend | J | T | | | | | |
| 36. IRA #4 (H) | | | | | | | | | |
| 37. - Franklin Mutual Global Discovery Fund | A | Dividend | J | T | | | | | |
| 38. - Franklin Rising Dividends Fund Class C | A | Dividend | J | T | | | | | |
| 39. - Amer. Funds AMCAP Fund Class C | A | Dividend | J | T | | | | | |
| 40. IRA #5 (H) | | | | | | | | | |
| 41. - ADT Corporation | A | Dividend | | | Sold | 03/31/16 | J | | |
| 42. - AT&T Incorporated | A | Dividend | J | T | | | | | |
| 43. - Abbvie Incorporated (X) | A | Dividend | J | T | | | | | |
| 44. - Allianz SE SP ADR | A | Dividend | J | T | | | | | |
| 45. - Altria Group Incorporated | A | Dividend | J | T | | | | | |
| 46. - Ameren Corporation | A | Dividend | J | T | | | | | |
| 47. - American Elec. Pwr. Incorporated | A | Dividend | J | T | | | | | |
| 48. - Amgen Incorporated | A | Dividend | J | T | Buy | 04/01/16 | J | | |
| 49. - Amerigas Partners LP | A | Dividend | J | T | | | | | |
| 50. - Astrazeneca PLC | A | Dividend | J | T | | | | | |
| 51. - Automatic Data Processing Inc. (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - AXA SA Sponsored ADR (X) | A | Dividend | J | T | | | | | |
| 53.   - BB&T Corporation | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 54.   - BAE Systems PLC Sponsored ADR | A | Dividend | J | T | | | | | |
| 55.   - BASF SE Sponsored ADR | A | Dividend | J | T | | | | | |
| 56.   - BCE Incorporated Com New | A | Dividend | J | T | | | | | |
| 57.   - BP PLC Sponsored ADR | A | Dividend | J | T | | | | | |
| 58.   - Bemis Incorporated | A | Dividend | | | Sold | 07/21/16 | J | | |
| 59.   - British Amern Tob Plc | A | Dividend | J | T | | | | | |
| 60.   - CME Group Incorporated | A | Dividend | J | T | | | | | |
| 61.   - Cardinal Health Inc. | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 62.   - Centurylink Incorporated (Y) | A | Dividend | J | T | | | | | |
| 63.   - Chevron Corporation New | A | Dividend | J | T | | | | | |
| 64.   - Cinemark Holdings Inc. | A | Dividend | J | T | | | | | |
| 65.   - Cisco Systems Inc. | A | Dividend | J | T | Buy | 03/19/16 | J | | |
| 66.   - Coca Cola Company | A | Dividend | J | T | | | | | |
| 67.   - Compass Minerals Intl. | A | Dividend | J | T | | | | | |
| 68.   - Consolidated Edison Inc. | A | Dividend | J | T | Buy | 01/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Conocophillips | A | Dividend | | | Sold | 01/29/16 | J | | |
| 70. - Corning Incorporated | A | Dividend | J | T | | | | | |
| 71. - Deutsche Telekom AG | A | Dividend | J | T | | | | | |
| 72. - Deutsche Post Ag Spon. ADR (X) | A | Dividend | J | T | | | | | |
| 73. - Dinequity Inc. | A | Dividend | J | T | Buy | 02/27/16 | J | | |
| 74. - Dominion Res Incorporated | A | Dividend | J | T | | | | | |
| 75. - Donnelley R R & Sons Company | A | Dividend | | | Sold | 10/24/16 | J | | |
| 76. - Dow Chemical Company | A | Dividend | J | T | | | | | |
| 77. - Duke Energy Corporation NE | A | Dividend | J | T | | | | | |
| 78. - Emerson Elec. Company | A | Dividend | J | T | | | | | |
| 79. - Entergy Corporation | A | Dividend | J | T | | | | | |
| 80. - Exxon Mobil Corporation | A | Dividend | J | T | | | | | |
| 81. - Fastenal Company | A | Dividend | J | T | | | | | |
| 82. - Ford Mtr Company | A | Dividend | | | Sold | 10/10/16 | J | | |
| 83. - GEO Group Incorporated | A | Dividend | J | T | | | | | |
| 84. - General Mls Incorporated | A | Dividend | J | T | | | | | |
| 85. - Glaxosmithkline PLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Grainger W W Inc. | A | Dividend | J | T | Buy | 12/09/16 | J | | |
| 87. - HCP Incorporated REIT | A | Dividend | | | Sold | 01/06/16 | J | | |
| 88. - Imperial Brands ADR f/k/a Imperial Tobacco Group PLC | A | Dividend | J | T | | | | | |
| 89. - Intel Corporation | A | Dividend | J | T | | | | | |
| 90. - Iron Mtn Incorporated | A | Dividend | J | T | | | | | |
| 91. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 92. - J2 Global Incorporated | A | Dividend | | | Sold | 03/11/16 | J | | |
| 93. - Kimberly Clark Corporation | A | Dividend | J | T | | | | | |
| 94. - Kohls Corporation | A | Dividend | | | Sold | 06/01/16 | J | | |
| 95. - Kraft Heinz Company f/k/a Kraft Foods Group Incorporated | A | Dividend | J | T | | | | | |
| 96. - Lockheed Martin Corporation (X) | A | Dividend | J | T | | | | | |
| 97. - Misc Indl Direct Incorporated | A | Dividend | | | Sold | 12/13/16 | J | | |
| 98. - McDonalds Corporation | A | Dividend | J | T | | | | | |
| 99. - Merck & Company Incorporated | A | Dividend | J | T | | | | | |
| 100. - Metlife Inc. (X) | A | Dividend | J | T | | | | | |
| 101. - Michelin Compagnie Generale DE ADR | A | Dividend | J | T | Buy | 08/18/16 | J | | |
| 102. - Microsoft Corporation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Microchip Technology Inc. (X) | A | Dividend | J | T | | | | | |
| 104. - Molson Coors Brewing Company | A | Dividend | | | Sold | 07/26/16 | J | | |
| 105. - Motorola Solutions Inc. Com New | A | Dividend | J | T | | | | | |
| 106. - Munich Re Group | A | Dividend | J | T | | | | | |
| 107. - National Fuel Gas Company | A | Dividend | J | T | | | | | |
| 108. - National Grid PLC | A | Dividend | J | T | | | | | |
| 109. - Novartis A G Sponsored ADR | A | Dividend | J | T | Buy | 08/04/16 | J | | |
| 110. - Nucor Corporation | A | Dividend | | | Sold | 04/12/16 | J | | |
| 111. - Occidental Pete Corporation | A | Dividend | J | T | | | | | |
| 112. - Omega Healthcare Invs Inc. | A | Dividend | | | Sold | 07/12/16 | J | | |
| 113. - Omnicom Group Inc. | A | Dividend | J | T | | | | | |
| 114. - Orkla A S Spon ADR A | A | Dividend | J | T | | | | | |
| 115. - Owens & Minor Incorporated | A | Dividend | J | T | | | | | |
| 116. - PNC Finl SVCS Group | A | Dividend | J | T | | | | | |
| 117. - PPL Corporation | A | Dividend | J | T | | | | | |
| 118. - Parker Hannifin Corporation | A | Dividend | | | Sold | 12/14/16 | J | | |
| 119. - Peoples United Financial Inc. (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Pepsico Incorporated | A | Dividend | J | T | | | | | |
| 121. - Philip Morris International | A | Dividend | J | T | | | | | |
| 122. - Polaris Industries Inc. | A | Dividend | J | T | Buy | 07/18/16 | J | | |
| 123. - Potash Corporation Sask Inc. (Canada) | A | Dividend | | | Sold | 01/22/16 | J | | |
| 124. - Praxair Incorporated | A | Dividend | J | T | | | | | |
| 125. - Procter & Gamble Company | A | Dividend | J | T | | | | | |
| 126. - Qualcomm Incorporated | A | Dividend | J | T | | | | | |
| 127. - Quest Diagnostics Inc. | A | Dividend | | | Sold | 09/09/16 | J | | |
| 128. - Regal Entertainment Group (X) | | | | | | | | | |
| 129. - Republic SVCS Incorporated | A | Dividend | | | Sold | 06/24/16 | J | | |
| 130. - Reynolds American Incorporated | A | Dividend | J | T | | | | | |
| 131. - Roche Hldg. Limited Spon. ADR (X) | A | Dividend | J | T | | | | | |
| 132. - Rogers Communications | A | Dividend | J | T | | | | | |
| 133. - Royal Bk Cda Montreal Que | A | Dividend | J | T | Buy | 12/19/16 | J | | |
| 134. - Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 135. - SSE PLC Sponsored ADR | A | Dividend | J | T | | | | | |
| 136. - Sanofi Sponsored ADR (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Scor Sponsored Adr (France) | A | Dividend | J | T | | | | | |
| 138. - Seagate Technology PLC (Ireland) | A | Dividend | | | Sold | 04/22/16 | J | | |
| 139. - Siemens A G Sponsored Adr | A | Dividend | J | T | | | | | |
| 140. - Sky PLC Spon. ADR | A | Dividend | J | T | Buy | 08/04/16 | J | | |
| 141. - Southern Company | A | Dividend | J | T | | | | | |
| 142. - Spectra Energy Partners | A | Dividend | J | T | | | | | |
| 143. - Statoil Asa Sponsored Adr (Norway) | A | Dividend | J | T | | | | | |
| 144. - Svenska Handel Sbanken Ab Adr (Sweden) | A | Dividend | J | T | | | | | |
| 145. - Swisscom AG Sponsored ADR | A | Dividend | J | T | | | | | |
| 146. - Sysco Corporation | A | Dividend | | | Sold | 03/28/16 | J | | |
| 147. - Taiwan Semiconductor Mfg Limited Spons. Adr | A | Dividend | J | T | | | | | |
| 148. - Teco Energy Incorporated | A | Dividend | | | Sold | 07/07/16 | J | | |
| 149. - Target Corporation | A | Dividend | J | T | | | | | |
| 150. - Telstra Corporation Limited | A | Dividend | J | T | | | | | |
| 151. - Terna Rete Elettrica Nazionale ADR | A | Dividend | J | T | | | | | |
| 152. - Texas Instrs Incorporated | A | Dividend | J | T | | | | | |
| 153. - Thomson Reuters Corporation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Time Warner Inc. | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 155. - Total S A Sponsored ADR | A | Dividend | J | T | | | | | |
| 156. - US Bancorp Del Com New | A | Dividend | J | T | | | | | |
| 157. - Unibail - Rodamco SE Adr Rep Jce 08 (France) | A | Dividend | J | T | | | | | |
| 158. - Unilever PLC Spon ADR New | A | Dividend | J | T | | | | | |
| 159. -Union Pac Corp. | A | Dividend | J | T | Buy | 01/22/16 | J | | |
| 160. - United Parcel Service | A | Dividend | J | T | | | | | |
| 161. - Valero Energy Corp. | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 162. - Vectren Corporation | A | Dividend | J | T | | | | | |
| 163. - Verizon Communications | A | Dividend | J | T | | | | | |
| 164. - Vinci S A (Y) | A | Dividend | J | T | | | | | |
| 165. - Vodafone Group PLC New | A | Dividend | J | T | | | | | |
| 166. - WEC Energy Group Inc. | A | Dividend | J | T | | | | | |
| 167. - Wal-Mart Stores Incorporated | A | Dividend | J | T | | | | | |
| 168. - Waste Mgmt. Inc. (X) | A | Dividend | J | T | | | | | |
| 169. - Wells Fargo & Company New | A | Dividend | J | T | | | | | |
| 170. - Welltower Incororated REIT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Western Un Company | A | Dividend | J | T | | | | | |
| 172.  - Westpac Bkg Corporation | A | Dividend | J | T | | | | | |
| 173.  - Weyerhaeuser Company | A | Dividend | J | T | | | | | |
| 174.  - Daimler AG | A | Dividend | J | T | | | | | |
| 175.  - Axis Capital Holdings Limited | A | Dividend | J | T | Buy | 11/03/16 | J | | |
| 176.  - Eaton Corporation PLC | A | Dividend | J | T | Buy | 01/27/16 | J | | |
| 177.  - Johnson Controls PLC | A | Dividend | J | T | Buy | 01/27/16 | J | | |
| 178.  - TE Connectivity Limited Reg. SHS | A | Dividend | J | T | Buy | 05/12/16 | J | | |
| 179.  - Lyondellbasell Industries | A | Dividend | J | T | Buy | 09/29/16 | J | | |
| 180.  - Cedar Fair L.P Depositry Unit | | Dividend | J | T | Buy | 08/09/16 | J | | |
| 181.  - Communications Sales & Leas Inc. (X) | A | Dividend | J | T | | | | | |
| 182.  - Crown Castle Intl. Corp. | A | Dividend | J | T | Buy | 05/17/16 | J | | |
| 183.  - Enterprise Products Partners L P (X) | A | Dividend | J | T | | | | | |
| 184.  - Magellan Midstream Prtnrs LP (X) | A | Dividend | J | T | | | | | |
| 185.  - Ryman Hospitality Pptys Inc. | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 186.  - Sabra Health Care REIT Inc. | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 187.  - Seagate Technology PLC | A | Dividend | | | Sold | 04/20/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Corrections Corporation Amer New Com New Reit | A | Dividend | | | Sold | 11/03/16 | J | | |
| 189.  - Realty Income Corporation REIT | A | Dividend | J | T | | | | | |
| 190.  - Ventas Incorporated REIT | A | Dividend | J | T | | | | | |
| 191. IRA #6 | | | | | | | | | |
| 192.  - AT&T Incorporated | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 193.  - Paychex Incorporated | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 194.  - Pepsico Incorporated | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 195.  - Riverfront Strategic Income Fund | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 196.  - First Trust ETF II Utilities Alphadex Fund | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 197.  - Flexshares Trust Quality Dividend Index Fund | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 198.  - Global X Funds MCSI Norway ETF | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 199.  - Goldman Sachs ETF Activebeta US Large Cap | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 200.  - Ishares MSCI Aust ETF | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 201.  - Ishares MSCI Sz Cap ETF | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 202.  - Ishares TR Core S & P 500 ETF | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 203.  - Ishares TR MSCI EAFE ETF | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 204.  - Ishares TR NASDQ Biotec ETF | A | Dividend | J | T | Buy | 08/15/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Ishares TR U.S. Fin SVC ETF | A | Dividend | J | T | Buy | 11/16/16 | J | | |
| 206. - Ishares TR CORE S&P SCP ETF | A | Dividend | J | T | Buy | 07/18/16 | J | | |
| 207. - Ishares TR U.S. CNSM GD ETF | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 208. - Ishares TR Intl SEL Div ETF | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 209. - Ishares TR US Hlthcr PR ETF | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 210. - Ishares TR EAFE Value ETF | A | Dividend | K | T | Buy | 11/11/16 | K | | |
| 211. - Ishares TR EAFE Grwth ETF | A | Dividend | K | T | Buy | 06/06/16 | K | | |
| 212. - Ishares Incorporated Core MSCI EMKT | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 213. - Ishares TR Hdg MSCI Japan | A | Dividend | J | T | Buy | 12/15/16 | J | | |
| 214. - Pimco ETF Trust | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 215. - Powershares QQQ Trust | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 216. - Powershares ETF Trust Aerospace & Defense Port | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 217. - Powershares ETF II S&P 500 Ex-Rate | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 218. - Powershares ETF Trust II KBW Regl Bk Port | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 219. - SPDR Series Trust Morgan Stanley Tech | A | Dividend | K | T | Buy | 06/06/16 | K | | |
| 220. - SPDR Series Trust S&P Transn ETF | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 221. - SPDR Series Trust S&P Capital Markets ETF | A | Dividend | J | T | Buy | 06/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - SPDR Series Trust Cap Short Term | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 223. - Sector SPDR TR SBI Cons Discr | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 224. - Sector SPDR TR SBI Int-Finl | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 225. - Select Sector SPDR TR Real Estate | A | Dividend | J | T | Buy | 09/19/16 | J | | |
| 226. - Wisdomtree Trust Larcap Div Fund | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 227. - Wisdomtree Trust Low P/E Fd | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 228. - Wisdomtree Trust Japan Smallcap Divid Fund | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 229. - Wisdomtree Trust intl Hedged Div Growth Fund | A | Dividend | J | T | Buy | 08/30/16 | J | | |
| 230. - Wisdomtree Trust Currency Hedged Defa Fd | A | Dividend | K | T | Buy | 06/06/16 | K | | |
| 231. - UBS Ag Jersey, E Tracs Linked to Alerian MLP Infrastructure | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 232. Brokerage Account #1 (H) | | | | | | | | | |
| 233. - Am Funds Cap World Growth & Inc Class C | A | Dividend | K | T | | | | | |
| 234. - First Eagle Global Fund Class C | A | Dividend | K | T | | | | | |
| 235. - Henderson European Focus Fund | A | Dividend | K | T | | | | | |
| 236. - American High Income Municipal Bond | A | Dividend | J | T | | | | | |
| 237. - Tax Exempt Bond Fund of America | A | Dividend | J | T | | | | | |
| 238. - Franklin Rising Dividends Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Am Funds Growth Fund of Amer Class C | A | Dividend | J | T | | | | | |
| 240. - Am Funds Investment Co of America Class A | A | Dividend | K | T | | | | | |
| 241. - Franklin Templeton Mutual Global Discovery | A | Dividend | K | T | | | | | |
| 242. - Am Funds New World Class C | A | Dividend | J | T | | | | | |
| 243. - Realty Income Corporation Reit | B | Dividend | K | T | | | | | |
| 244. - Targe Res Corp. f/k/a Targa Res Partners LP Com Unit (X) | A | Dividend | J | T | | | | | |
| 245. - Blackrock Equity Div. Fund Class C | A | Dividend | J | T | | | | | |
| 246. - Calamos Growth & Income Fund Class C | A | Dividend | K | T | | | | | |
| 247. - Nuveen High Yield Mun. Bond Fund Class C | A | Dividend | K | T | | | | | |
| 248. - Western Asset Int. Term Municipals Class C | A | Dividend | K | T | | | | | |
| 249. - Raymond James Cash Account | | None | J | T | | | | | |
| 250. Brokerage Account #2 (H) | | | | | | | | | |
| 251. - AT&T Incorporated | A | Dividend | J | T | Buy | 01/25/16 | J | | |
| 252. - Abbvie Incorporated | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 253. - Adobe Systems Inc. | A | Dividend | J | T | | | | | |
| 254. - Advance Auto Parts Inc. | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 255. - Alibaba Group Hldg | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. - Allergan Incorporated f/k/a Actavis PLC | A | Dividend | | | Sold | 11/01/16 | J | | |
| 257. - Alphabet Incorporated f/k/a Google Incorporated | A | Dividend | J | T | | | | | |
| 258. - Altria Group Incorporated | A | Dividend | J | T | Buy | 02/08/16 | J | | |
| 259. - Amazon Com Incorporated | A | Dividend | J | T | | | | | |
| 260. - American Express Group Inc. Com | A | Dividend | | | Sold | 01/22/16 | J | | |
| 261. - American International Group Inc. Com | A | Dividend | J | T | | | | | |
| 262. - Anadarko Pete Corporation | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 263. - Apple Incorporated | A | Dividend | J | T | | | | | |
| 264. - Bank of America Corporation | A | Dividend | J | T | | | | | |
| 265. - Boeing Company | A | Dividend | | | Sold | 04/01/16 | J | | |
| 266. - Boston Scientific Corp. | A | Dividend | J | T | | | | | |
| 267. - Bristol Myers Squibb Company | A | Dividend | J | T | | | | | |
| 268. - CSX Corporation | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 269. Canadian Nat Res Limited | A | Dividend | J | T | Buy | 03/11/16 | J | | |
| 270. - Cigna Corporation | A | Dividend | | | Sold | 05/27/16 | J | | |
| 271. - CVS Caremark Corporation | A | Dividend | | | Sold | 09/28/16 | J | | |
| 272. - Celgene Corporation | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.   - Charter Communications Inc. | A | Dividend | J | T | Buy | 04/28/16 | J | | |
| 274.   - Chevron Corporation New | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 275.   - Cisco Systems Incorporated | A | Dividend | J | T | | | | | |
| 276.   - Citigroup Incorporated Com New | A | Dividend | J | T | | | | | |
| 277.   - Comcast Corporation New | A | Dividend | J | T | | | | | |
| 278.   - Delta Air Lines Inc. | A | Dividend | | | Sold | 06/03/16 | J | | |
| 279.   - Disney Walt Company | A | Dividend | J | T | | | | | |
| 280.   - Dollar General Corp. | A | Dividend | | | Sold | 09/07/16 | J | | |
| 281.   - Dow Chemical Company | A | Dividend | J | T | | | | | |
| 282.   - Electronic Arts Inc. | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 283.   - Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 284.   - Facebook Incorporated | A | Dividend | J | T | | | | | |
| 285.   - Fedex Corporation | A | Dividend | J | T | Buy | 03/04/16 | J | | |
| 286.   - General Electric Company | A | Dividend | J | T | | | | | |
| 287.   - Halliburton Company | A | Dividend | J | T | Buy | 05/26/16 | J | | |
| 288.   - Gilead Sciences Incorporated | A | Dividend | | | Sold | 03/23/16 | J | | |
| 289.   - Home Depot Incorporated | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Honeywell International Incorporated | A | Dividend | J | T | | | | | |
| 291. - JPMorgan Chase & Company | A | Dividend | J | T | | | | | |
| 292. - Johnson & Johnson | A | Dividend | J | T | Buy | 06/02/16 | J | | |
| 293. - Lilly Eli & Company | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 294. - Marsh & Mclennan Companies Incorporated | A | Dividend | J | T | | | | | |
| 295. - Martin Marietta Matls Inc. | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 296. - Mastercard Incorporated | A | Dividend | | | Sold | 06/27/16 | J | | |
| 297. - Medtronic Incorporated | A | Dividend | | | Sold | 12/15/16 | J | | |
| 298. - Merck & Company | A | Dividend | | | Sold | 12/20/16 | J | | |
| 299. - Microsoft Corporation | A | Dividend | J | T | | | | | |
| 300. - Mohawk Indusstries Inc. | A | Dividend | J | T | Buy | 11/04/16 | J | | |
| 301. - Morgan Stanley Com New | A | Dividend | J | T | | | | | |
| 302. - Norfolk Southern Corp. | A | Dividend | J | T | Buy | 07/14/16 | J | | |
| 303. - Nike Incorporated | A | Dividend | | | Sold | 06/01/16 | J | | |
| 304. - Pepsico Incorporated | A | Dividend | J | T | | | | | |
| 305. - Pfizer Incorporated | A | Dividend | J | T | | | | | |
| 306. - Proctor and Gamble Co. | A | Dividend | J | T | Buy | 06/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Raytheon Company | A | Dividend | J | T | | | | | |
| 308. - Reynolds American Inc. | A | Dividend | | | Sold | 10/26/16 | J | | |
| 309. - Salesforce Com Incorporated | A | Dividend | J | T | | | | | |
| 310. - Schlumberger Limited | A | Dividend | J | T | | | | | |
| 311. - Southern Company | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 312. - Stanley Black & Decker Inc. | A | Dividend | J | T | Buy | 07/12/16 | J | | |
| 313. - Schwab Charles Corporation New | A | Dividend | | | Sold | 02/08/16 | J | | |
| 314. - Starbucks Corporation | A | Dividend | J | T | | | | | |
| 315. - T Mobile US Incorporated (Y) | A | Dividend | J | T | | | | | |
| 316. - Time Warner Inc. | A | Dividend | J | T | Buy | 08/05/16 | J | | |
| 317. - United Parcel Service Inc. | A | Dividend | | | Sold | 01/21/16 | J | | |
| 318. - United Health Group Inc. | A | Dividend | J | T | | | | | |
| 319. - Visa Incorporated | A | Dividend | J | T | | | | | |
| 320. - Zoetis Inc. | A | Dividend | J | T | Buy | 12/20/16 | J | | |
| 321. - American Tower Corporation New Reit | A | Dividend | J | T | | | | | |
| 322. Virginia 529 Plan, College Savings Plan, Moderate (H) Growth | | | | | | | | | |
| 323. - AMCAP Fund - 529C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - Capital World Growth & Income - 529C | A | Dividend | J | T | | | | | |
| 325.  - The Growth Fund of America - 529C | A | Dividend | J | T | | | | | |
| 326.  - The Investment Company of America - 529C | A | Dividend | J | T | | | | | |
| 327.  Hartford Life Insurance Cash Value Acct. #1 (H) | | | | | | | | | |
| 328.  - American Funds Income Fund | A | Dividend | J | T | | | | | |
| 329.  - American Funds Growth | A | Dividend | J | T | | | | | |
| 330.  - Franklin Templeton Mutual Shares Sec | A | Dividend | J | T | | | | | |
| 331.  PNC Bank Checking & Savings Accounts (H) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gershwin A. Drain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544